

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Charles Mitchell Nash,

Vs. No. 11-17-00035-CR

The State of Texas,

\* From the 35th District Court
  of Brown County
  Trial Court No. CR24625.

\* January 10, 2019

\* Memorandum Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Gray, C.J., sitting by assignment,
  and Wright, S.C.J., sitting by
  assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.